UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD HINES, JR.,

        Petitioner,

v.                                  Case No. 3:24-cv-4-MMH-MCR

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

        Respondent.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner Edward Hines, Jr., an inmate of the Florida penal system, filed a pro se document titled "Request for Lodgement of Record" (Doc. 1), dated December 28, 2023. In the pleading, Hines appears to request this Court direct a state criminal court provide him a copy of his records for appeal.

It is not clear what type of lawsuit Hines intends to bring, if any. To the extent Hines is attempting to open a federal habeas case, he has not properly initiated a habeas corpus case under 28 U.S.C. § 2254. If Hines seeks to challenge a state court judgment of conviction or sentence, he may initiate a habeas corpus case in this Court by filing on the Court's approved form. The Court has approved the use of a form for habeas corpus cases, and Hines will be provided with a copy of this form. See Local Rule 6.04(a) ("A pro se person

in custody must use the standard form[.]"). Insofar as Hines requests that this Court interfere with his state court proceeding, the Court declines to do so.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

3. The **Clerk** shall send Hines a § 2254 habeas corpus petition form. If Hines chooses to refile his claims, he may do so on the enclosed form. He should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of February, 2024.

MARCIA MORALES HOWARD
United States District Judge

caw 2/15
c:
Edward Hines, Jr., #133858

2